# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2763

_____

In re: Mark Henry Foss,                          *
                                                 *
                    Debtor.                       *
-------------------                              *
                                                 *
Mark Henry Foss,                                 *
                                                 *    Appeal from the United States
                    Appellant,                    *    Bankruptcy Appellate Panel
                                                 *    for the Eighth Circuit.
          v.                                      *
                                                 *    [UNPUBLISHED]
Hall County Child Support Office,                *
                                                 *
                    Appellee.                     *

_____

Submitted: June 23, 2006
Filed: June 26, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Mark Foss appeals from the Bankruptcy Appellate Panel's (BAP) decision affirming the bankruptcy court's[1] dismissal of his adversary proceeding with prejudice. We agree with the BAP that the bankruptcy court abstained from hearing

_____

[1]The Honorable Timothy J. Mahoney, Chief Judge, United States Bankruptcy Court for the District of Nebraska.

the issues raised by Foss in his pending state court proceedings. *See* 28 U.S.C. § 1334(b)-(c)(1) (generally, federal courts have original but not exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases under title 11, but may abstain from hearing such proceeding in interest of comity with state courts or respect for state law). Accordingly, we do not have jurisdiction to review the bankruptcy court's decision to abstain. *See* 28 U.S.C. § 1334(d) (decision to abstain under § 1334(c)(1) is not reviewable by courts of appeals). We therefore dismiss this appeal.

———————————————